UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE ALLEN DAVIS, Jr., | Case No.  2:25-cv-0389-DJC-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| CDCR, *et al.*, | |
| Defendants. | |

On December 29, 2025 I ordered plaintiff to file an amended complaint within thirty days. ECF No. 12.  On February 2, 2026, plaintiff sought an extension of time, citing a delay in receiving his mail.  ECF No. 13.  He suggests an additional thirty-day extension for filing his amended complaint.  *Id.* at 2.  Given that a significant amount of time has already elapsed, I will grant plaintiff a shorter extension of twenty-one days.  I am disinclined to grant further extensions absent extenuating circumstances.

Accordingly, it is ORDERED that plaintiff's motion for extension of time, ECF No. 13, is GRANTED in part.  He must file his amended complaint within twenty-one days of this order's entry.  If he fails to do so, I will recommend that this action be dismissed for failure to prosecute.

1

IT IS SO ORDERED.


Dated:    February 19, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE