UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE ALLEN DAVIS, Jr.,

Plaintiff,

v.

CDCR, *et al.*,

Defendants.

Case No. 2:25-cv-0389-DJC-JDP (P)

ORDER

On February 19, 2026, I directed plaintiff to file an amended complaint within twenty-one days. ECF No. 15. When he failed to do so, I entered an order on May 5, 2026, directing him to show cause why this action should not be dismissed for failure to prosecute. ECF No. 16. Plaintiff responded to the order to show cause, arguing that he expected the court to appoint him counsel. ECF No. 17 at 1-2. He is advised that he is not entitled to appointment of counsel in a civil action. He may, of course, retain counsel on his own if he has the means to do so. I will give plaintiff an additional twenty-one days from the date of this order to submit an amended complaint, as I previously directed. If he fails to do so, I will recommend that this action be dismissed for failure to prosecute.

It is ORDERED that plaintiff must file an amended complaint, as directed by my order at ECF No. 15, within twenty-one days of this order's entry. If he fails to do so, I will recommend

that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: September 10, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE